Certificate Number: 05781-FLS-DE-041160989

Bankruptcy Case Number: 26-18432



05781-FLS-DE-041160989

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 2, 2026, at 6:43 o'clock AM PDT, Alfredo Murrugarra completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Southern District of Florida.

Date:   July 2, 2026                                    By:      /s/Allison M Geving

Name:   Allison M Geving

Title:   President